[Hillsborough, June, 1882.]

CLARK, *Adm'r, v.* CLOUGH *& a.*

62  693
f70  622

BLODGETT, J. The plaintiff excepted to an order continuing the case at the trial term. The question of continuance was a question of fact, and no question of law is raised by the bill of exceptions. The order of continuance was rightly made upon facts which show that justice requires this case should await the trial and conclusion of another suit brought by the plaintiff against the defendants.

*Exceptions overruled.*

STANLEY, SMITH, and CLARK, JJ., did not sit: the others concurred.

*C. R. Morrison* and *B. P. Cilley*, for the plaintiff,

*Clough & Clark*, for the defendants,